**FILED**

December 5, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. MAG. 08-0426-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SURINDER PAL SINGH, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SURINDER PAL SINGH, Case No. MAG. 08-

0426-KJM from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_____    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $105,000.00

    _X_    Unsecured Appearance Bond - $55,000.00.

    _X_    Appearance Bond (Secured by Cash) - $50,000.00.

    _X_    (Other) Conditions as previously stated on the record.

    _____    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _12/5/08_ at _3:23p.m._

By _____

Edmund F. Brennan
United States Magistrate Judge