MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com

www.reichellaw.com

Attorney for Defendant
SURRINDER PAL SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br>                                   )<br>                                   )<br> SURRINDER PAL SINGH               )<br>                                   )<br>          Defendants.             )<br>_____ | Case No. CR-S-09-0125 FCD<br><br>**ORDER ON RETURN OF CASH TO SURETY**<br><br>Date: July 20, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Gregory G.<br>       Hollows |

**Good cause appearing**: It is hereby ordered that the cash deposited in the amount of $50,000 cash is to be returned to the surety who posted it, as the above-referenced defendant's release has now been modified to unsecured appearance bond.

All remaining orders in the case shall remain in full force and effect.

Order on return of cash to surety

1   IT IS SO ORDERED:

2

3   DATED: July 23, 2009         /s/ Gregory G. Hollows

4   _____
                                 The Honorable Gregory G. Hollows
5                                United States Magistrate Judge

Order on return of cash to surety                2