MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:    (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SURRINDER PAL SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SURRINDER PAL SINGH<br><br>            Defendant. | Case No. CR-S-09-0125 FCD<br><br>**STIPULATION OF THE PARTIES FOR MODIFICATION OF PRETRIAL RELEASE SPECIAL CONDITION REGARDING DEFENDANT'S TRAVEL; AND ORDER THEREON**<br><br>Date: N/A<br>Time:<br>Judge: Kimberly J. Mueller |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the terms fo the defendant's release are hereby modified as follows:

The defendant is allowed to travel for work purposes to districts other than the Eastern District, specifically to and through the Northern District, Central District of California and the District of Nevada, as approved by Pretrial Services.

Pretrial Services has approved and agrees with this request.

/////

1

All other terms and conditions of the defendant's release shall remain in full force and effect.

DATED: January 6, 2010.          Respectfully submitted,

                                 MARK J. REICHEL, ESQ.

                                 /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for defendant

                                 BENJAMIN J. WAGNER
                                 United States Attorney

DATED: January 6, 2010.          /s/MARK J. REICHEL for:
                                 JASON HITT
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 6, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/singh0125.stipord

2